**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Faamanatu TAUALII, Defendant—
Appellant.**

No. 01–17297.
D.C. No. CV–01–00394–DAE.
D.C. No. CR–93–01075–DAE.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002 *.

Decided June 20, 2002.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

MEMORANDUM **

Faamanatu Taualii appeals pro se the district court's order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. Tauaulii contends that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), renders his sentence unconstitutional. We recently held that the rule announced in *Apprendi* does not apply retroactively to cases on initial collateral review. *United States v. Sanchez–Cervantes*, 282 F.3d 664 (9th Cir.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

2002). The district court's order is therefore
AFFIRMED.

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.